UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN FRIED individually and on behalf of all others similarly situated,<br><br>                         Plaintiff,<br><br>                 v.<br><br>BEAUTY FX SPA INC. D/B/A BEAUTYFIX MEDSPA,<br><br>                         Defendant. | 24-CV-6040 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On August 8, 2024, Plaintiff filed the Complaint. *See* ECF No. 1. On August 28, 2024,

Plaintiff filed proof of service as to Defendant Beauty FX Spa, Inc. *See* ECF No. 6. To date,

Defendant has not appeared.

It is hereby **ORDERED** that Plaintiff shall file a letter on ECF by **October 3, 2024**,

describing any communication he has had with Defendant and describing his efforts to provide

Defendant with actual notice of this lawsuit.

SO ORDERED.

Dated: September 26, 2024
       New York, New York

DALE E. HO
United States District Judge