UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN FRIED,<br><br>       Plaintiff,<br><br>    v.<br><br>BEAUTY FX SPA D/B/A BEAUTYFIX MEDSPA INC.,<br><br>       Defendant. | 24-CV-6040 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  On August 8, 2024, Plaintiff filed a complaint against Defendant. *See* ECF No. 1. On September 23, 2024, after Defendant failed to answer or otherwise appear, Plaintiff filed a motion for an entry of default against Defendant. *See* ECF No. 7. On September 26, 2024, this Court issued an Order directing Plaintiff to describe his efforts to provide Defendants with actual notice of this lawsuit. *See* ECF No. 9. On October 1, 2024, Plaintiff complied with this Court's September 26th Order.

  Plaintiff's motion for an entry of default is **DENIED** for failure to comply with Federal Rule of Civil Procedure 55(b)(1) and Local Civil Rule 55.1.[1] Plaintiff shall file a proposed Clerk's Certificate of Default in accordance with the Local Rules by **October 11, 2024**. In doing so, Plaintiff shall comply with requirements set forth in Local Rule 55.1 and the instructions articulated at: https://www.nysd.uscourts.gov/forms/clerks-certificate-default. Within one week of the Clerk of Court approving Plaintiff's Certificate of Default, Plaintiff shall file his Motion for Default Judgment with this Court.

  SO ORDERED.

---

[1] *See* S.D.N.Y. Civ. R. 55.1 Certificate of Default. Available at: Local Rules of the United States District Courts for the Southern and Eastern Districts of New York (uscourts.gov).

The Clerk of Court is respectfully directed to terminate ECF No. 7.

Dated: October 3, 2024
New York, New York

                                                                DALE E. HO
                                                      United States District Judge