UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN FRIED,

                Plaintiff,

v.

BEAUTY FX SPA D/B/A BEAUTYFIX MEDSPA INC.,

                Defendant.

24-CV-6040 (DEH)

ORDER

DALE E. HO, United States District Judge:

On October 3, 2024, this Court issued an Order directing Plaintiff to file a proposed Clerk's Certificate of Default by October 11, 2024. *See* ECF No. 13. In that Order, this Court directed Plaintiff to file a Motion for Default Judgment within one week of the Clerk of Court approving his Certificate of Default. *See id.* On October 9, 2024, the Clerk of Court issued a Certificate of Default as to defendant Beauty FX Spa. ECF No. 19. As of October 18, 2024, Plaintiff has not filed his Motion for Default Judgment.

It is hereby ORDERED that Plaintiff shall file his Motion for Default Judgment by **October 23, 2024**. Plaintiff is reminded that failure to comply with this Court's orders may result in sanctions, including dismissal for failure to prosecute.

SO ORDERED.

Dated: October 18, 2024
       New York, New York

                                                 DALE E. HO
                                        United States District Judge