**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JONATHAN FRIED, individually and on behalf of
all others similarly situated,

                                                 **Case No. 1:2024-cv-06040**

    *Plaintiff*,

vs.

BEAUTY FX SPA INC. d/b/a
BEAUTYFIX MEDSPA

    *Defendant*.

_____/

## <u>NOTICE OF SETTLEMENT</u>

      Plaintiff, Jonathan Fried, by and through undersigned counsel, hereby gives notice that the parties have reached a settlement with respect to Plaintiff's individual claims.  Plaintiff and Defendant are in the process of finalizing their settlement agreement.  Plaintiff anticipates filing a notice of dismissal within thirty (30) days. Accordingly, Plaintiff also requests the default conference currently set for November 27, 2024, at 10:00 Am EST [ECF No. 24] be canceled as it is no longer necessary.

Date: November 21, 2024

Respectfully Submitted,

**Shamis & Gentile, P.A.**
<u>/s/ Andrew J. Shamis</u>
Andrew J. Shamis, Esq.
NY Bar No. 037343
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

By:    */s/ Andrew J. Shamis*
       Andrew J. Shamis, Esq.
       NY Bar # 037343

       *Counsel for Plaintiff and the Class*