UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN FRIED, individually and on behalf of all others similarly situated,

Case No. 1:2024-cv-06040

*Plaintiff,*

vs.

BEAUTY FX SPA INC. d/b/a BEAUTYFIX MEDSPA

*Defendant.*

_____/

SO ORDERED. All conferences are canceled. The Clerk of Court is respectfully directed to close the case.

Dated: November 22, 2024
New York, New York

Dale E. Ho
United States District Judge

### NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Jonathan Fried, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Jonathan Fried, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: November 21, 2024

Respectfully Submitted,

**Shamis & Gentile, P.A.**

Andrew J. Shamis, Esq.
NY Bar No. 037343
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff*

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 21, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

                        By:    <u>*/s/ Andrew J. Shamis*</u>
                                    Andrew J. Shamis, Esq.
                                    NY Bar No. 037343

                                    *Counsel for Plaintiff*